IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLORIA JEAN DIXON, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>STATE OF ILLINOIS, DEPARTMENT OF )<br>NATURAL RESOURCES, BRENT MANNING, )<br>CURTIS GATHING, RUTH KENDALL, )<br>and RICK MESSINGER, )<br>)<br>Defendants. ) | NO. 02-1208-CJP |

## JUDGMENT IN A CIVIL CASE

This action came before this Court for jury trial. The issues have been tried.

Defendants **BRENT MANNING, CURTIS GATHING, RUTH KENDALL** and **RICK MESSINGER** were dismissed by an Order entered by Judge Michael J. Reagan on March 21, 2003 (Doc. 17).

Defendant **STATE OF ILLINOIS, DEPARTMENT OF NATURAL RESOURCES** was granted judgment as a matter of law by and Order entered by Magistrate Judge Clifford J. Proud on March 31, 2006 (Doc. 105).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **STATE OF ILLINOIS, DEPARTMENT OF NATURAL RESOURCES, BRENT MANNING, CURTIS GATHING, RUTH KENDALL** and **RICK MESSINGER** and against plaintiff **GLORIA JEAN DIXON.** Plaintiff shall take nothing from this action.

DATED this 31st day of March, 2006

                                        **NORBERT G. JAWORSKI, CLERK**

                                        **BY: S/ Angela Vehlewald**
                                                **Deputy Clerk**

**Approved by    S/ Clifford J. Proud**
              **United States Magistrate Judge**
                    **Clifford J. Proud**