**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **GLORIA JEAN DIXON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **-vs-** ) | **NO. 02-1208-CJP** |
| ) | |
| **STATE OF ILLINOIS,  DEPARTMENT OF** ) | |
| **NATURAL RESOURCES, BRENT MANNING,** ) | |
| **CURTIS GATHING, RUTH KENDALL,** ) | |
| **and RICK MESSINGER,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>AMENDED JUDGMENT IN A CIVIL CASE</u>

This action came before this Court for jury trial.  The issues have been tried.

Defendants **BRENT MANNING, CURTIS GATHING, RUTH KENDALL** and **RICK MESSINGER** were dismissed by an Order entered by Judge Michael J. Reagan on March 21, 2003(Doc. 17).

Defendant **STATE OF ILLINOIS, DEPARTMENT OF NATURAL RESOURCES** was granted judgment as a matter of law by and Order entered by Magistrate Judge Clifford J. Proud on March 31, 2006 (Doc. 105).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **STATE OF ILLINOIS, DEPARTMENT OF NATURAL  RESOURCES, BRENT MANNING, CURTIS GATHING, RUTH KENDALL** and **RICK MESSINGER** and against plaintiff **GLORIA JEAN DIXON**.    Plaintiff shall take nothing from this action.

Costs are taxed against plaintiff  **GLORIA JEAN DIXON** and in favor of defendant **STATE OF ILLINOIS, DEPARTMENT OF NATURAL RESOURCES** in the amount of one

thousand nine hundred and forty-one dollars and seventy-eight cents ($1,941.78) in accordance with

Order entered May 9, 2006 by United States Magistrate Judge Clifford J. Proud.

**DATED this 11ᵗʰ day of May, 2006**

                                                **NORBERT G. JAWORSKI, CLERK**

                                    **BY:   s/Angela Vehlewald_____**
                                          **Deputy Clerk**

**Approved by: S/CLIFFORD J. PROUD_____**
              **United States Magistrate Judge**
              **Clifford J. Proud**